IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
MAR -5 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

George Alexander Yario , Plaintiff

v. Jean Jack Gibson
Luis Calex
Harry Benson , Defendant(s)

Civil Action No. 3:10CV143

## MOTION TO PROCEED IN FORMA PAUPERIS AND FINANCIAL AFFIDAVIT

I, George Alexander Yario , say that I am the plaintiff in the above-entitled case, that I move to proceed without being required to prepay fees, costs or give security therefor, and that in support of this motion I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; and that I believe I am entitled to relief.

I further state that the responses which I have made to questions and instructions below are true.

**EMPLOYMENT**
Are you employed? ✓ Yes ___ No ___ Self-Employed   Annual income $71,000   week 400.00 Dollars per week
IF YES, How much do you earn per month? Straight Comission vs
Name & Address of employer: Ron Brooks Moneyclip Magazine 702 Glen Forest Ave Suite 301
IF NO, give month and year of last employment: ____
How much did you earn per month? ____
IF MARRIED, is your spouse employed? ___ Yes ✓ No
IF YES, how much does your spouse earn per month? ____
IF A MINOR, what is your parents' approximate monthly income? ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in rent payments, interest dividends, retirement or annuity payments, gifts or inheritance or other sources? ___ Yes ✓ No
IF YES, give the amount received and identify the source(s):
$ ____ Received from Source(s) ____
$ ____ Received from Source(s) ____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ✓ Yes ___ No
Total Amount: Checking $ 200.00  Savings $ ____  Other $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary furnishings and clothing)? ✓ Yes ___ No
IF YES, give value and describe it:

Value | Description
$ House 246,000 — Tri-level House
$ 99 Mercedes 9,000 — 320 @ Wagon

**MARITAL STATUS**
✓ Single ___ Married ___ Widowed ___ Separated or Divorced

**DEPENDENTS**

Total Number of Dependents: 0
List persons you actually support, your relationship to them and how much you contribute toward their support:
0

**DEBTS & MONTHLY BILLS**
List all creditors, including banks, loan companies, charge accounts, etc.:

| Creditors | Total Debt | Monthly Payment |
|---|---|---|
| Saxon Mortgage | $ 201,000 | $ 1,400.00 |
| American General | $ 8,700.00 | $ 250.00 |
| Wells Fargo | $ 7,000 | $ 350.00 |
| Chase Bank | $ 800 | $ 410.00 |
| Electric | $ monthly | $ 125.00 |
| Gas | $ monthly | $ 200.00 |
| Comcast Cable | monthly | $ 165.00 |

Personal property 1,001.00 Bi-Annual
Verizon cell phone 99.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/5/10
(Date)

(Signature) George Pleasuh Jam?

Address: 1307 Stoneycreek Drive
Richmond, Virginia 23235

Phone Number: (804) 836-7701