George Alexander Vader
1307 Stoneycreek Drive
Richmond, Virginia 23238 (804) 836-7701.

Vs

Jean Jack Gibson
3928 East Main
Canyon City Colorado 81212

Luis Calex
1928 Hunt Avenue
Bronx New York 10462

Harry Benson
81 Dawn Avenue
Four Oaks, North Carolina 27524

Front sheet / cover

Complaint

3:10CV143

RECEIVED MAR - 5 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA



To the honorable Judge and or Federal Court Representative

I'm filing a restraining order on property that I own for Non reproducing or Non reuploading on the internet. I own the video's in question and haven't authorized them to be reproduce in any style of fashion. I'm contesting these individuals for placing my videos on youtube unauthorized by me. I'm filing a restrain against any of these individuals to place any material on youtube that belongs to me or any of my likeness on any video that is represented or produce by them. I'm filing a restrain for my records and youtube's records with local federal courts against any further wrong doing from these individuals.

Thanks for your Attention on this matter IN ADVANCE

George Alexander Yard

*[signature: George Alexander Yard]*

1307 Stoneycreek Drive
Richmond, Virginia 23238