United States Court
Eastern District Court of Virginia
Richmond, Division

FILED
MAR 11 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Plaintiff
George Alexander Yarid

vs

Jean Jack Gibson
Luis B. Calex
Harry Benson

Act 3:10-CV-143

SEAL Request

I'm hereby requesting the courts to put a seal on my financial situation, due to the following. Information about my financial situation is being leaked on the internet, by a lot of undesirable sites. For this reason, I would favor the courts to not make this info public record, such as number, nor finacial situation. I would prefer for this to be private information. I also simply request to make it private, not only for personal concerns, but for security reason's as well. I would thank the courts for their cooperation in this matter In Advance.

Sincerely
George Alexander Yarid
George Alexander Yarid

1307 Stoneycreek Drive
Richmond, Virginia 23238