UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GEORGE ALEXANDER YARID,

          Plaintiff,

v.                                                                                  Action No. 3:10–CV–143

JEAN JACK GIBSON, ET AL.,

          Defendants.

## **ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Seal (Dock. No. 3), which seeks to have his Motion for Leave to Proceed <u>in forma pauperis</u> sealed.  Upon due consideration, the Motion is DENIED.  If Yard would prefer to keep his financial or other personal information private, he may withdraw his Motion and pay the required filing fees.

Let the Clerk send a copy of this Order to Yard.

It is SO ORDERED.

                                          /s/
                            James R. Spencer
                            Chief United States District Judge

ENTERED this   15th    day of March 2010

1