United States District Court
Eastern District of Virginia
Richmond Division

George Alexander Yared, Plaintiff     Civil Case Number
                                      3:10-CV-143
vs

Jean Jack Gibson, Luis B. Calex, Harry Benson

FILED
MAR 18 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## Motion to Seal Case

I'm asking for the courts to kindly seal this case, 3:10-CV-143 for several reasons. My information has been compromised on the internet, such as place of work, work number and cell phone. I've been recieving calls at all hours of the day with hostile tones and vulgarity. I'm being harassed and threaten. I will respectfully ask the courts to place a seal on this case, for personal and security reasons. There should be no reason to endure these hostile comments left on my service and constant attacks being made about my financial affairs or character. I plead with the courts to place a seal on this case for there said reasons given. Thanks for the courts coorperation on this matter in advance.

George Alexander Yared
1307 Stoneycreek Drive
Richmond, Virginia 23238