UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GEORGE ALEXANDER YARID,

                                Plaintiff,

v.                                                  Action No. 3:10–CV–143

JEAN JACK GIBSON, ET AL.,

                                Defendants.

### **ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Seal (Dock. No. 5), which seeks to have all records in this case sealed from the public. There is a right of public access to judicial records and documents grounded both in common law and in the First Amendment, and irrespective of the particular basis for such right of access in any given case, it "may be abrogated only in unusual circumstances." <u>Va. Dep't of State Police v. Wash. Post</u>, 386 F.3d 567, 576 (4th Cir. 2008) (quoting <u>Stone v. Univ. of Md. Med. Sys. Corp.</u>, 855 F.2d 178, 182 (4th Cir. 1988)). Because of those interests, Local Rule 5(C) as well as Fourth Circuit law require that the motion or supporting brief requesting a seal set forth:

    (1) A non-confidential description of what is to be sealed;
    (2) A statement as to why sealing is necessary, and why another
    procedure will not suffice;
    (3) References to governing case law; and
    (4) Unless permanent sealing is sought, a statement as to the period of
    time the party seeks to have the matter maintained under seal and as
    to how the matter is to be handled upon unsealing.

Yarid's seal request does not abide by these requirements. Moreover, regardless of these procedural defects, the Court sees no reason at this point in time why the public's access to

the documents filed in this case should be restricted.  His Motion is DENIED.

Let the Clerk send a copy of this Order to the parties.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

ENTERED this  25th   day of March 2010