

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF VIRGINIA

RICHMOND DIVISION

CASE NUMBER # 3:10-CV-143

MOTION FOR RECONSIDERATION ON SEAL

TO HONORABLE JUDGE JAMES R. SPENCER

      I've requested previously for a seal on my case for obvious reasons. My information such as my personal info, address, cell phone number, work number and address have been compromised. I've been harassed and called at all hours of the night. Now recently within the past week, I've had unwanted sexual and vulgar mail being sent in my mailbox. All stemming from my personal information being displayed on here and on this case. I don't think I'm being unreasonable with this request. I can't understand for reasons given why this seal has not been granted. I would appreciate once again for the reconsideration of this seal on this case. I'm being harassed and would think the courts under the circumstances given will do the right thing and seal this case. I will once again and respectfully thank the courts in advance for granted this seal and cooperation on this matter..

SINCERELY,

*[signature: George Alexander Jr.]*

GEORGE ALEXANDER YARID

1307 Stoneycreek Drive
Richmond, Virginia 23238