FILED

COURT EASTERN DIVISION OF VIRGINIA
UNITED STATES DISTRICT

RICHMOND DIVISION

2010 APR -6  P 3: 46

CLERK US DISTRICT COURT
GEORGE ALEXANDER YARID

PLAINTIFF

VS

ACTION CASE CASE NUMBER

3:10-CV-143

JEAN JACK GIBSON, LUIS CALEX, HARRY BENSON, REGINALD P. FRANKLIN

MOTION FOR APPEAL

I'm asking the courts for an appeal on case docket 3;10-CV-143. I respectfully disagree with the previous decision rendered. The case in question was dealing with my videos and shows being placed on Youtube without my consent or authorization. I respectfully request and ask the courts to reopen this case in question, and I will send information to the courts when it is ask for in details to explain the case in full. I also respectfully ask the courts to place a seal on this case for personal information leaked out. Stopping harassing phone calls at all hours of the night on my cell. Currently, I plan to represent myself and kindly wish for this case to be heard at length in this particular federal court. I'm willing to accommodate the courts along with any case law previously given for this case, in return for the courts to give an ear to my case without prejudice. This case once again is for copyright infringement and ceasing these defendants along with any other individuals in the future not to upload my material, use or steal without my consent, written, oral or otherwise.

Please inform me when the courts are in need of pertinent information in relations to this case. I will thank the courts in advance for it's cooperation in this matter.

Sincerely,

George Alexander Yarid
1307 Stoneycreek Dr.
Richmond, Virginia 23238