4cca-30    REV. 10/30/07    T R A N S M I T T A L   S H E E T
(Notice of Appellate Action)

| | | |
|---|---|---|
| ✓ Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>✓ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other | UNITED STATES DISTRICT COURT<br>for the<br>Eastern DISTRICT OF Virginia<br>at Richmond<br>Caption:<br><br>George Alexander Yarid<br>v<br>Jean Jack Gibson, et al | District Court No.:<br>3:10cv143<br><br>4CCA No.:<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 4/6/10 | 4. Fees<br>___ USA no fee required<br>$5 filing fee: ___paid ___unpaid<br>$450 docket fee: ___paid ___unpaid<br>Pauper status: ✓granted ___denied ___pending in dist.ct.<br>Does PLRA Apply? ___Yes ✓No   3-strikes? ___Yes ✓No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>James R. Spencer | 5. Materials Under Seal in District Court: ___Yes ✓No<br>Party Names Under Seal in District Court: ___Yes ✓No |
| 6. Court Reporter(s)(list all):<br><br>Coordinator: | 7. Criminal/Prisoner Cases<br>___ recalcitrant witness   Defendant's Address:<br>___ on death row<br>___ in custody<br>___ on bond<br>___ on probation |

**Part II**    TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
✓ ORIGINAL RECORD     ___ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ✓ **PRO SE**: Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>✓ YES   ___ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____ | ___ **PRO SE**: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____ |
| ___ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES ___ NO<br>All transcript on file? ___ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ___ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES ___ NO<br>All transcript on file? ___ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Monica Fulks    Phone: 916-2212    Date: 4/9/10