United States District Court
For The Eastern District of Virginia
Richmond Division     Civil Action 3:10-cv-143

George Alexander Yacko, plaintiff

VS

Jean Jock Gibson, Luis Calex, Harry Benson, Reginald Franklin    Defendants

ADDED Defendants

1.) Peter McCormack
40 Templemore Drive
Templemore Vic Australia 3106

2.) Steven Venkhom
115 White Street
Dillwyn, Virginia 23936

3.) Kristain Thurston
1104 Deerhunt Road
Beaver Dam, Wisconsin

Motion For Restraining Order

I'm asking the courts to add these three new defendants to the original file for this case against Copyright Infringement. I might be obtaining personal counsel, but for now (pro se) filing this restraint on my own. Please review and add these defendants names to the original civil case 3:10-cv-143. I will thank the courts in advance for its cooperation in this matter.

Noting the reasons for adding these individuals are for recent uploading of my current videos in which there is no authorization in doing so, from me for these individuals.

Sincerely

*[signature: George Alexander Yarid]*

GEORGE ALEXANDER YARID
1307 Stoneycreek Drive
Richmond, Virginia 23238