UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

GEORGE ALEXANDER YARID,

                        Plaintiff,

v.                                          Action No. 3:10–CV–143

JEAN JACK GIBSON, ET AL.,

                        Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Restraining Order (Dock. No. 13), which seeks to add three defendants to the Complaint he previously filed with this Court. Plaintiff's Complaint, however, has already been dismissed by this Court (Dock. No. 10) and Plaintiff is proceeding with an appeal of that decision (Dock. No. 11). Accordingly, the Court does not have jurisdiction over this matter and therefore the Motion is DENIED.

Let the Clerk send a copy of this Order to Yarid.

It is SO ORDERED.

                                                                    _____/s/_____
                                                                    James R. Spencer
                                                                    Chief United States District Judge

ENTERED this _29th_ day of June 2010